## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ARICK JOHNSON, SR.**                                                      **PLAINTIFF**
ADC #185962

**v.**                                  **CASE NO. 4:25-CV-01311-BSM**

**HEATH HELTON,** *et al.*                                               **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE